UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In Re: Barbara Holzmann,      Chapter 13 Bankruptcy
    Debtor      Case No. 13-25024- gmh

**STIPULATION ALLOWING WITHDRAWAL
OF TRUSTEE'S MOTION TO DISMISS**

An order for relief pursuant to 11 U.S.C. Chapter 13 having been entered in the case of the debtor named above and a subsequent Motion to Dismiss this case pursuant to 11 U.S.C. § 1307(c) having been brought by the Trustee, the parties hereby stipulate and agree as follows:

1. The Trustee is allowed to withdraw the Motion to Dismiss.

2. The Debtor shall pay $4,900.00 monthly, or such other amount as specified under the terms of any subsequent Chapter 13 plan confirmed by this Court, to the Office of the Chapter 13 Trustee on or before the last day of each month, commencing with July 2014.

3. Should the Debtor fail to make the equivalent of one monthly payment through and including December 2014, as provided above, the Trustee may submit an Affidavit of Default and an Order Dismissing Case without further notice or hearing.

4. Thereafter, if there is any subsequent plan default, the Trustee may renew the Motion to Dismiss by letter to the court.

STIPULATED AND AGREED TO:      PRO SE DEBTOR:

/s/      /s/

Office of the Chapter 13 Trustee      Barbara Holzmann
P.O. Box 510920      4727 West Washington Blvd.
Milwaukee, WI 53203      Milwaukee, WI 53208
(414) 271-3943

Prepared by:
Rebecca R. Garcia, Staff Attorney
Office of the Chapter 13 Trustee
P.O. Box 510920
Milwaukee, WI 53203
T: (414) 271-3943
F: (414) 271-9344