THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: December 11, 2014

G. Michael Halfenger
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In the matter:

Barbara Holzmann,   Case No. 13-25024-GMH

Debtor.   Chapter 13

**ORDER DISMISSING CASE**

Pursuant to the court's order dated July 2, 2014 and the affidavit of default filed by the chapter 13 trustee on December 10, 2014,

IT IS ORDERED that the debtor's case is DISMISSED.

#####